NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CYNTHIA A. O'BRIEN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2010-7098

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-44, Judge Ronald M. Holdaway.

———————————

**JUDGMENT**

———————————

SEAN A. RAVIN, of Washington, DC, for claimant-appellant.

MICHAEL P. GOODMAN Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and TODD M. HUGHES, Deputy Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2011          /s/ Jan Horbaly
     Date              Jan Horbaly
                Clerk